**ROBERT MARINELLI**
ATTORNEYS AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 822-1428

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2010

RECEIVED
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

August 27, 2010

The Honorable William H. Pauley III
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

      Re: <u>Perez v. City of New York, et al.</u>, 10 CV 1463 (WHP)

Your Honor:

      I represent the plaintiff in this case alleging prison guard misconduct. I write to request leave until September 8, 2010 to file an amended complaint for the purpose of replacing John Doe defendants. Defense counsel consents to this request.

      On June 28, 2010 the Court set a Civil Case Management Plan giving plaintiff until July 20, 2010 for plaintiff to amend his pleadings. Due solely to counsel's oversight, the complaint has not been amended.

      This is counsel's first request for an extension. Settlement discussions are ongoing, initial disclosures have been exchanged and medical records have been acquired. This request will not change any of the other dates in the Case Management Plan.

      Respectfully,

      Robert Marinelli (RM-4242)

      *Application granted*

Copy: Ryan Shaffer (by hand)

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

Sept. 3, 2010